UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

IVETTE ALONSO MARTINEZ,

                Petitioner,

                v.

KRISTI NOEM, et al,

                Respondents.

Case No. 8:26-cv-00361-KK-DTB

**STIPULATED ORDER GRANTING PETITION AND ENTRY OF JUDGMENT UNDER 28 U.S.C. § 2241**

In accordance with the stipulation between the parties, the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Docket No. 1) is granted with judgment to be entered consistent with the reasons and findings set forth in the Petitioner's Ex Parte Motion for a Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction granted by the District Court (Docket No. 14) on March 6, 2026.

Dated: May 7, 2026

_____
KENLY KIYA KATO
United States District Judge

1