**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| IVETTE ALONSO MARTINEZ, | Case No. 8:26-cv-00361-KK-DTB |
| Petitioner, | **JUDGMENT** |
| v. | |
| KRISTI NOEM, et al, | |
| Respondents. | |

Pursuant to the Stipulated Order Granting Petition and Entry of Judgment,

**IT IS ADJUDGED** that the Petition under 28 U.S.C. § 2241 is granted, with no further proceedings, consistent with the reasons and findings set forth in Petitioner's Ex Parte Motion for a Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction granted by the District Court (Docket No. 14) on March 6, 2026.

Dated: May 7, 2026

_____
KENLY KIYA KATO
United States District Judge

1